UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE McDUEL,

    Plaintiff,

v.

                                      Case No. 1:23-cr-777

PRECISION PROPERTY
MANAGEMENT/WEST MI RENTALS,
                                      HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  August 22, 2024                                     /s/  Paul L. Maloney
                                                                      Paul L. Maloney
                                                                        United States District Judge